# UNITED STATES DISTRICT COURT
## for the
### Middle District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br><br>KIERRE ANTHONY CUTLER<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 1:23CR261-1 |

*FILED AUG 08 2023, Clerk U.S. District Court, Greensboro, NC, By AB*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* KIERRE ANTHONY CUTLER,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Distribute and Attempt to Distribute Child Pornography in violation of 18:2252A(a)(2)(A) and (b)(1);
Possess Child Pornography Under the Age of 12 in violation of 18:2252A(a)(5)(B) and (b)(2);

**The United States Attorney requests a detention hearing**

Date: 08/01/2023

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state: Greensboro, North Carolina

/s/ Samantha S. Hicks, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 08/01/2023, and the person was arrested on *(date)* 08/08/2023
at *(city and state)* Winston-Salem, NC.

Date: 08/08/2023

RECEIVED AUG 01 2023 US Marshals Service, M/NC

*Arresting officer's signature*

Matthew S. Perry, Special Agent FBI
*Printed name and title*