IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:23CR261-1 |
| | : | |
| KIERRE ANTHONY CUTLER | : | |

## JOINT STATUS REPORT

Pursuant to the applicable Scheduling Order, counsel for the defendant and counsel for the United States inform the Court as follows:

☐ A plea agreement has been signed and filed.

☒ The parties have agreed on a plea agreement and anticipate a written plea agreement will be signed by September 29, 2023.

☐ The defendant intends to plead guilty without a written plea agreement.

*If any of the above three boxes is checked, check at least one box below:*

☐ the defendant consents to a video conference Rule 11 hearing.

☐ the defendant consents to a teleconference Rule 11 hearing.

☒ the defendant is or will be ready to proceed with a Rule 11 hearing as soon as an in-person hearing can be scheduled.

☐ The matter is not ready for Rule 11 hearing or trial because:

☐ there is a pending motion which must be resolved.

The motion ☐ does ☐ does not require a hearing at which the defendant must be present.

☐ There are outstanding discovery issues which must be resolved.

☐ The defendant does not intend to plead guilty and the case needs to be set for jury trial.

☒ The parties have discussed the requirements of the Speedy Trial Act and

    ☐ The United States [ ] has filed [ ] intends to file a motion to exclude time from Speedy Trial Act calculations, to which the defendant will not or does not object.

    ☒ There are no Speedy Trial Act issues unless the expected Rule 11 hearing cannot be completed by October 24, 2023.

☐ Other information relevant to scheduling:

☐ If the parties agree on a scheduling or case management plan, provide the agreement here or in an attachment, with any explanation needed as to its propriety.

This the 27th day of September, 2023

SANDRA J. HAIRSTON
United States Attorney

/S/ K.P. KENNEDY GATES      /S/ AMES C. CHAMBERLIN
Assistant United States Attorney      Attorney for Defendant
NCSB: 41259
101 S. Edgeworth St., 4th Flr.
Greensboro, NC 27401
336/333-5351