IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:23CR261-1 |
| | : | |
| KIERRE ANTHONY CUTLER | : | |

FACTUAL BASIS FOR A GUILTY PLEA

NOW COMES the United States of America, by Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, through the undersigned Assistant United States Attorney, and as a factual basis under Rule 11 of the Federal Rules of Criminal Procedure, states as follows:

*October 26, 2022 Search Warrant*

October 26, 2022, Det. Basco of the Winston-Salem Police Department ("WSPD") submitted a search warrant for Kierre Anthony Cutler ("Cutler") to a North Carolina Superior Court Judge and the search warrant was signed. Det. Basco received information that the Cutler was located at the Bethesda Center for the Homeless at 930 N. Patterson Ave., Winston-Salem, North Carolina.

The following day, October 27, 2022, Detectives Basco and Albert located Cutler standing outside in the parking lot of the Bethesda Center. Cutler was actively on his cell phone when he was located. Cutler was placed in handcuffs

and detained. The detectives along with members of the Winston-Salem SWAT walked with Cutler into a large meeting room at the Bethesda Center. Prior to answering any questions Det. Basco advised Cutler of his *Miranda* rights twice—once at the Bethesda Center, then again at the WSPD. Cutler admitted to downloading child pornography ("Child Sex Abuse Material" or "CSAM"). He further acknowledged the various online groups and his involvement, including admitting to the usernames of "Mk Ultra" and "Misha."

An initial review of Cutler's cell phone was done. Within the phone's photos folder was a folder titled "Telegram" that was easily accessible manually when reviewing the phone. Within that folder were images depicting child pornography.

Along with the numerous images of CSAM, Det. Basco located countless images of graphic self-mutilation by unknown persons, images and videos of animal torture, images and videos of unknown persons committing suicide, some of whom were juveniles. There were also numerous images and videos of people being brutally murdered. Included in the images were pictures of the name "Misha" carved on the bodies of unknown individuals.

Upon completion of reviewing Cutler's cell phone, Det. Basco located over 700 images of the worst child exploitation he has observed in his career. Nearly every image of child sexual exploitation showed the child to be bound or

restrained and in many cases an element of sadism was observed.

*Discovery of Distribution on Discord—April 18, 2023 Discord Search Warrant*

On October 16, 2022, Discord Inc., notified the National Center for Missing and Exploited Children ("NCMEC") that the user "magick 4 nabu#6485" with an email account of "l.osermane1600@gmail.com" had uploaded a file containing suspected child pornography to a conversation with others on Discord. NCMEC determined the IP address associated with the distribution was located in Winston-Salem, North Carolina. Records obtained from Charter Communications identified the subscriber as the mother of Cutler with a specified address in Winston-Salem, North Carolina. The CyberTip was eventually forwarded to the WSPD for investigation. During a previous investigation of Cutler, law enforcement received numerous CyberTips with the same IP address as that from the October 16, 2022 CyberTip. As a result of that earlier investigation, law enforcement found child pornography on a device of Cutler's. Cutler had been living at the residence or on the property of the specified Winston-Salem address until October 26, 2022.

On April 18, 2023, Det. Basco applied for state search warrant for the Discord account associated with the CyberTip. Detective Basco determined that the file name at issue, "IMG_20221016_175112_017" was uploaded and distributed to individuals in a chat group on October 16, 2022 at 21:51:52 UTC,

3

5:51PM EST. Det. Basco described the image:

> The image uploaded depicted an infant between the ages of three months and six months old. An unknown adult male is seen forcing his penis into the mouth of the infant child. The infant child looks to be in great distress.

This the 27th day of September, 2023.

                                        Respectfully submitted,

                                        SANDRA J. HAIRSTON
                                        United States Attorney

                                        /S/ K. P. KENNEDY GATES
                                        Assistant United States Attorney
                                        NCSB No. 41259
                                        United States Attorney's Office
                                        Middle District of North Carolina
                                        101 S. Edgeworth St., 4th Floor
                                        Greensboro, NC 27401
                                        336/333-5351

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:23CR261-1 |
| | : | |
| KIERRE ANTHONY CUTLER | : | |

CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Ames C. Chamberlin, Esq.

         SANDRA J. HAIRSTON
         United States Attorney


         /S/ K. P. KENNEDY GATES
         Assistant United States Attorney
         NCSB No. 41259
         United States Attorney's Office
         Middle District of North Carolina
         101 S. Edgeworth St., 4th Floor
         Greensboro, NC 27401
         336/333-5351